IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY DAY, #218861, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JOHN CROW, *et al.*, )<br>)<br>Respondents. ) | Civil Action No.<br>2:18cv25-WHA-SMD<br>[WO] |

**ORDER**

On December 7, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Doc. # 9. Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

(1) The Magistrate Judge's Recommendation (Doc. # 9) is ADOPTED; and

(2) This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 6th day of January, 2021.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE